

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2020

No. 04-20-00125-CV

**PAY AND SAVE, INC.**
Appellant

v.

Roel **CANALES**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Appellant's Unopposed Second Motion for Extension of Time to File Brief of Appellant is hereby GRANTED. The Appellant's brief is due on or before August 31, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court